# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 796 MAL 2015
RESPODENT                        :
                                 :
                                 :    Petition for Allowance of Appeal from
            v.                   :    the Order of the Superior Court
                                 :
                                 :
JOSE MANUEL SANTIAGO,            :
                                 :
            Petitioner           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Eakin did not participate in the consideration or decision of this matter.